DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN LEE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-902

[October 22, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-2020-MH-000582-XXXX-NB.

Carey Haughwout, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Robert Gregg, Assistant Attorney General, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***